**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-7126**

————————

TERRANCE LAMAR HAMILTON,

Plaintiff - Appellant,

versus

TONY MIDDLETON; NORTH CHARLESTON POLICE
DEPARTMENT; NORTH CHARLESTON CHIEF OF POLICE;
CHARLESTON COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-02-1952-4-23BH)

————————

Submitted: October 10, 2003       Decided: November 21, 2003

————————

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Terrance Lamar Hamilton, Appellant Pro Se.   Sandra Jane Senn,
Charleston, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrance Lamar Hamilton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hamilton v. Middleton</u>, No. CA-02-1952-4-23BH (D.S.C. June 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>